IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES TALBERT, | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION |
| v. | : |
| | : |
| LOUIS GIORLA, et al., | : NO. 15-3229 |
| **Defendants.** | : |

## ORDER

**AND NOW**, this 15th day of April, 2016, upon consideration of Defendant Karen Bryant, City of Philadelphia, Michele Farrell, Clyde Gainey, Louis Giorla and Gerald May's motion to dismiss (Doc. No. 28), the plaintiff's response (Doc. No. 31), Defendant Jones and Mental Health Management's motion to dismiss (Doc. No. 45), and the plaintiff's response (Doc. No. 46), **IT IS HEREBY ORDERED** that:

1. Defendant Karen Bryant, City of Philadelphia, Michele Farrell, Clyde Gainey, Louis Giorla and Gerald May's motion to dismiss (Doc. No. 28) is **GRANTED**.

2. Defendant Jones and Mental Health Management's motion to dismiss (Doc. No. 45) is **GRANTED**.

3. The plaintiff's amended complaint (Doc. No. 22) is **DISMISSED without prejudice**.

4. The plaintiff shall file an amended complaint within thirty (30) days of the date of this Order.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.